All rise. The Honorable Justice of the United States Court of Appeals for the Third Circuit. The Honorable Justice of the United States Court of Appeals for the Third Circuit. Here. He's here. He's here. Here. What's your name, please? Thank you. Would I ask that you please remain standing for the presentation of the colors? 1, 2, 3, 4, 5, 6, 7, 8. 1, 2, 3, 4, 5, 6, 7, 8. Thank you. And I also ask that you remain standing a little bit longer while John Robert Evans presents the Pledge of Allegiance and leads us in the Pledge of Allegiance. Perhaps you should be by his dead breath. I pledge allegiance to the Flag of the United States of America and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all. Thank you. Thank you. I pledge allegiance to the Flag of the United States of America and to the Republic for which it stands, one Nation under God, indivisible, with liberty and justice for all. Thank you.      Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. Thank you. The colors were presented by the 177th Fighter Wing of the New Jersey Air National Guard. This is indeed a wonderful and very special occasion. No event brings quite the excitement and joy to the members of this or any other court at the inventory of a new colleague. Before we get into the program, I'd like to introduce to you the members of our court and at least have additional colleagues in other courts stand and be recognized. To my, in the back, far left, is Judge Penny Schwartz from New Jersey. Next to her is Judge Hardin from Pittsburgh. Next to her, next to him, is Judge Chigaris, also from New Jersey. Judge Fontes. We keep New Jersey folks kind of grouped together. Also from New Jersey, Judge Smith, who was from the Greater Pittsburgh area. Al Tudor. Al Tudor. Thank you very much. I didn't want to offend anyone. Judge Van Antropen from the Greater Philadelphia area, Easton. Easton. Judge Jordan from Delaware. Judge Greenaway from New Jersey. Judge Armbrough from Delaware. Judge Vandell, whom you all know I'm sure, from Pennsylvania. Judge Sirica from Pennsylvania, Philadelphia even. Judge Sirica from Pittsburgh. Judge Stapleton from Philadelphia. I want to make sure that you're paying attention. Judge Stapleton from Delaware. Our esteemed visitor for the day, Justice Kennedy. To my right, Judge Sloganer from Philadelphia. Judge Greenberg from New Jersey. We didn't quite bunch the Jersey folks all together. Judge Roth from Delaware. And to the far right, Judge Berry from New Jersey. So thank you very much. Can I ask our colleagues on the district court to stand? I see a number of you present and be acknowledged. And we also have, I see some of our district, of our bankruptcy judge and magistrate judge colleagues here. And I just ask that they be recognized. If you could please stand. Thank you and thank you for joining us today. We frequently speak of the court in terms of a fair and impartial court.  I doubt that anyone outside of the court can understand that that is not a miracle of courtesy. Rather, it symbolizes the reality of how closely a collegial court works and how closely we must work. Few outside the court family can fully appreciate that the tremendous volume of reading, editing, and preparation that our judicial duties require. Frequently, it means that we spend as much time with each other, communicating with each other, as we do our immediate families. Whether that is a good thing or a bad thing is not the point. The point is that it is necessary, it's a necessary part of what we do and it's necessary for us to do what we do to adjudicate our judicial obligations professionally. My guess is that all of my colleagues will agree that the only people who know us better than we know one another on the court are members of our immediate family. And so it is truly a wonderful day when we can gather together to celebrate the addition of a new judicial colleague. It does not happen very often. And when it does happen, it is fitting that the occasion be celebrated with events such as this wonderful investiture of Cheryl Ann Krause that I'm privileged to reside over today. Several members of Judge Krause's family are here with us today and Judge Krause will be introducing them individually, but I ask you to please stand and be recognized at this time. Thank you. And if you already saw John, John you did one heck of a job on the bench of allegiance. With no hesitation, you brought that right out. Well done John. Great job. You can play with my treadmill anytime. That's kind of a joke. Before we proceed, however, I want to introduce the first of today's speakers. We are delighted that Justice Anthony Kennedy could join us today. Judge Krause is a former Kennedy clerk, and I know how much she appreciates Justice Kennedy taking time out from what must be an incredibly busy week, preparing for what has come to be commonly known as the first Monday in October. Justice Kennedy is renowned for his dedication to the education of young people, and if a teacher's effectiveness is to be measured by his student's success, the justice's reputation is well-deserved, for he celebrates today what I believe is his sixth former law clerk becoming a judge, and that I don't think is anything but a tribute to the mentorship that Justice Kennedy provides. Justice Kennedy. Chief Judge McKee, members of this distinguished court, members of the judiciary, Senators Casey and Toomey, and Judge-designate Krause and your wonderful family, and my fellow adherents to the idea and the reality of the rule of law, some of you may not come often to courthouses, and you may think that this is a dignified, very thrilling, inspiring place. Please be assured that every one of us on the bench feels that same way every day when we come into a courthouse with the flag of the United States. The law is a journey, but it's a journey with many beginnings, and we celebrate a new beginning for you, Judge Krause, but it will be just the first of many beginnings. As you remember, when you were clerking in my chambers, at that time, Chief Judge McKee, I was the circuit justice for the 11th Circuit, Florida, Georgia, Alabama, and they used to tell the story on the 11th Circuit of a court of appeals sitting with three judges. The attorney was arguing that the trial judge had made a mistake in bringing the summary judgment and not letting the case go to trial. Toward the end of the argument, the attorney said, and it may interest the court to know, that this was a new district judge. She'd been only on the bench for three months, and one of the three-judge panel, the junior judge, came over and said, and it may interest you to know, counsel, that I'm a new judge, I've only been on the bench for six months, and without missing a beat, the lawyer said, it's surprising, your honor, how much a judge can learn in 90 days. It will be surprising to you, Judge Crofton, as much as you know the federal judiciary, how much you learn day after day, year after year. The law teaches, and it teaches through cases. All those cases you see in law offices and judges chambers, or these days as you push the iPad, are stories. Holmes said they're the story of our moral life, and it's through those stories that we learn. And we resolve those stories by using the language of law. The language of law has a logic, a tradition, a heritage, a history, an ethic, a constraint, an elegance, a grammar. It's different from that of the political branches and of the public discourse. Not better, not worse, but different. Different, in part, because it speaks over time, and it is so thrilling, Judge Croft, to know that you come to the federal judiciary with your youth and your exuberance and your inspiration. This is the way the law preserves itself. In Eastern Europe, I met just a few years ago with some young judges. It was a young lady judge. And she said, there are two tragedies in my country. One is that the rule of law is slipping away. The other is that everyone seems to know it and few seem to care. How you're coming here, you show us that you and another generation of lawyers care. We're here to congratulate you and to thank you. Congratulate you on your appointment. And to thank you for telling us while you're coming here that the law and the idea of freedom will be in good hands. Just a few hours ago, Mary and I saw the Liberty Bell. What do they say? It's the silent bell that speaks the loudest. And it has some cracks in it. But the law will always fill the cracks. The idea of liberty, the idea of freedom, is something that's special. The nature of injustice is that we often can't see it in our own time. But we learn about it. That's the meaning of the law. And that's the confidence and the respect that you bring to it by taking the oath of office today. Thank you very much. Applause We're very fortunate in Pennsylvania because we are represented by two senators who understand the importance of bipartisan cooperation in selecting judges. Today we have the opportunity to hear from both of our senators. One a Democrat, the other a Republican, both incredibly dedicated public servants. And I'm proud that they both represent me. We'll first hear from Senior Senator Robert Casey. Senator Casey serves on the Finance Committee, the Committee on Health, Education, Labor, and Pensions, the Committee on Agriculture, Nutrition, and Forestry, the Special Committee on Aging, and the Joint Economic Committee. Senator, if I've omitted any, please feel free to correct me. I'll mention to both you and your colleague, Senator Toomey, the bar has already been set very, very high for public speakers, not only by Justice Kennedy, but by John Robert Everett. So I'm a little intimidated here, and I know this is what you do for your bread and butter, but I'll turn the microphone over to you. Applause May it please the Court, Justice Kennedy, we're honored by your presence here today in Philadelphia, Pennsylvania. Judge McKee, I'll try to live up to those accolades. We're grateful to be here today. Judges of the Third Circuit, judges of the Eastern District of Pennsylvania, other members of the judiciary, we're honored by all of your presence here. Senator Toomey, with whom I enjoy working on so many of these issues that relate to the appointment and confirmation of judges. The chair of the Security and Exchange Commission, Mary Jo White, honored you here as well. And, of course, Judge Krause and Colonel Everman. And I do want to second what was said earlier about your son. I never could have done that at his age, and I was hoping he's still here. I hope he hears that I said that, because he did really well. I just had to move the riser, but it's available if he needs to come back up. I was thinking, is it possible that maybe when the two of you sit down at a breakfast that you greet each other as Judge and Colonel? Laughter That doesn't happen in my house. I hope in yours. But today we celebrate so much. This is a celebration, of course, of our judiciary, a celebration of our great system of government, checks and balances. But it's also, I think, a celebration of the life of one person, one lawyer who's now a judge, and in this case her family and all of her friends. So when we celebrate, we celebrate in a personal way, but also in a much broader fashion. It's certainly a celebration of scholarship and service. I mean, you consider the great work that Cheryl has done as a student, as a teacher, and the great record that she achieved, and a record in public service as a prosecutor. Second, I believe, is a celebration of academic excellence and advocacy. I was just talking to your family a moment ago. Your siblings were trying not to compliment you, but when they recited some of your academic record, they were very complimentary. And I think that academic excellence, of course, is so important to the work that you're doing, and the work that you did as an advocate, and will continue to do in ways that we may not even imagine right now. Third, I think it's certainly a celebration of a commitment to the rule of law, and a commitment, of course, to justice. There's a great line from St. Augustine. Without justice, what are kingdoms but great bands of robbers? And I know of your great commitment to justice. And then finally, I think we're here to celebrate so much in our hearts, a celebration of gratitude. I'm sure the gratitude that the judge feels, and her family, but I think the gratitude we all feel for your service, your willingness to put yourself forward as a judge, and to make decisions which are difficult, but to make decisions which will advance those ideals that Justice Kennedy so eloquently outlined today. And finally, it's a celebration of the blessings of liberty and all that comes with that. So judge, we're honored to be here. We wish you Godspeed and good luck. But based upon that record, I don't think you'll need luck. We'll just watch you grow. Thanks very much. Thank you, Keesha. I was trying to think how well a TV show titled The Judge and the Criminal would play. You might want to copyright that before. And also make sure that these two get the role. I next have the privilege of presenting to you Senator Pat Toomey. He serves on the Senate Finance and Banking and Budget Committee, the Joint Economic Committee, and is also a member of the Veterans Jobs Caucus. And again, Senator, if I've omitted anything, please feel free to correct me. Senator Toomey. Thank you. May it please the court. Justice Kennedy, Chief Judge McKee, and I acknowledge the bar has been set quite high, so I'll try to keep in mind the advice that my staff routinely gives me when they tell me, Pat, remember just because you can't give a good speech doesn't mean you can't give a short speech. Members of the bench, Senator Casey, other distinguished guests, and most of all, Judge Krause and members of your family, I'm just delighted to be here to witness the ceremony today and to extend my congratulations to you as well. I'd like to point out that this is, in a way, from my perspective, it's a culmination of a bipartisan process that's actually worked in Washington. Pretty much the way it's supposed to work and kind of according to the textbook. It's encouraging. When the White House reached out to Senator Casey and myself, we had the consultation that is appropriate. I think it's okay if I speak for Senator Casey in saying that we both enthusiastically supported the candidacy of Cheryl Krause. The White House made the nomination in early February of this year, and a mere five months later, she was confirmed by a unanimous vote of the United States Senate in early July. That, I assure you, is a stunning and breakneck pace by the standards of the United States Senate. I think Senator Casey and I have had the pleasure and the privilege to work together through a process that has resulted in the confirmation of 11 men and women to federal courts, but this is the first time for me to have had an opportunity to play a role, however modest, in filling a vacancy on the U.S. Court of Appeals. And so that makes Judge Krause's confirmation especially significant to me, and in part it's because this court plays such a crucial role in our democratic process. The fact is the courts of appeals are so often, in fact, typically, they're the last resort. They have the final word on disputes that are brought before them, typically. If you take fiscal year 2013, over 56,000 cases were filed in the federal courts of appeals. The Supreme Court decided 165 cases, less than half of 1%. And these cases cover the entire range of issues that are litigated in federal courts, criminal convictions, habeas petitions, bankruptcy appeals, contract disputes, the full range of agency rules and regulations. So it's very, very weighty, it's challenging, and it's extremely important, certainly to the litigants, but really to our entire country. So Article II of the Constitution gives the Senate an important responsibility, and that is to provide the President with advice and, to the extent we believe it's appropriate, consent with respect to nominees. So I tend to look for three things when considering a nominee to the federal court. The first is whether the candidate has the intellect and the legal experience, qualifications to serve. The second is the person's character. And the third is whether I can be confident that the person will be fair, that she'll put aside any personal preferences or views and apply the law as it's written, and certainly to treat all persons who have come before her equally. Cheryl Krause easily satisfies all three criteria. She's got impeccable intellectual and legal qualifications, terrific experience, including the clerkship for Justice Kennedy that was alluded to earlier, ample practice of law, both as an assistant U.S. attorney as well as in private practice, and her character is outstanding. Throughout this process, we speak with people who know the candidates very, very well, and everybody has spoken amazingly highly of the character, integrity, and trustworthiness of Cheryl Krause. She also, I should point out, demonstrated a willingness, a commitment, related to giving back to her community through volunteer work that she has done for many years, and her husband, as we can see, has chosen to serve our country in the military, and for that we're grateful. So, from my perspective, given all these criteria and her very impressive credentials, I can say without reservation that I am very proud to be fully supportive and enthusiastic and grateful to be here, and on behalf of my colleagues in the Senate and the people, the commonwealth that I represent, I want to extend my congratulations and best wishes to you, Judge Krause. Thank you very much. Thank you, Senator Toomey, and thanks again to both of you for the incredible spirit of bipartisanship that has allowed this day to happen. This really is the way it's supposed to work, and it's good to know that at least here in Pennsylvania, it does seem to be working in the manner that was intended. I also want to thank you not only for the incredible spirit of bipartisanship in selecting judges, but the extent to which both of you understood and were sympathetic to the problems that beset the court because of sequestration. In meeting with you and your staff, it was clear to me that you had the best interests of the public and the courts in mind, and that you were dedicated to doing whatever you could to alleviate the impact of these illustrations on the courts. So on behalf of all my colleagues, I thank you very much for that and for your service to Pennsylvania and to the country. I will say before I move on, General Robert, you've still got a little work to do, because there are U.S. Senators, and you'd expect as much, but they held it on. Mary Jo White has served as the United States Attorney for the Eastern District of New York and the United States Attorney for the Southern District of New York. She may be the only one, in fact, who has ever been able to get the vote in Manhattan to realize that Brooklyn is part of New York City. In 2013, no doubt at least in part because of her success in bridging the cultural divide between Brooklyn and Manhattan, President Obama appointed her to chair the Securities and Exchange Commission, which she now presides. It is my pleasure to present to you the current chair of the Securities and Exchange Commission, Mary Jo White. Thank you. Thank you very much. May it please the Court, Justice Kennedy, Chief Judge McKee, Senator Casey, Senator Toomey, family, friends and colleagues of Judge Sheryl Krause. It is truly my privilege to have been asked to speak today at the celebration of Sheryl's, Judge Krause's appointment by the President to this esteemed court of appeals for the Third Circuit. Knowing what a very high bar it is, I can and do say today with total conviction and no hesitation whatsoever that Judge Krause will be a high credit to this bench and our entire judicial system. Justice has been done in appointing her to this court and justice will be done every day she serves. Such is her intellect, work ethic, and unwavering moral compass and sense of fairness. Before I go on, I may get on Johnny's stool so you can see me. I don't think I can do nearly as good a job as he certainly did. But my Sheryl story begins with the decision to hire her as an assistant United States Attorney in 1997 when I served as the United States Attorney for that Manhattan district, the Southern District of New York. And from that very early point in her distinguished career, Sheryl really made her mark. She was a standout star both in her own cases and in helping her colleagues in general crimes, the first unit a young assistant United States Attorney serves in. As a young assistant, Sheryl was assigned a very small food stamps fraud prosecution, which began with a single cooperator and one bodega operator in the Bronx who fraudulently exchanged food stamps for cash kickbacks. By the time Sheryl Judge Krause was finished, she had uncovered and prosecuted a $60 million fraud involving dozens of bodegas in Chinese takeout restaurants, the largest food stamps fraud in New York City history as reported on the front page of the New York Times. Judge Krause was also a little bit like the general crimes units Lucy of Peanuts fame. Only Sheryl, unlike her heroine cartoon counterpart, did not charge five cents for psychiatric counseling. Although some have argued that the assistants in the Southern District need that from time to time. Not the U.S. Attorney, but the assistant. Instead, Sheryl gave her legal advice for free and was the source of countless Supreme Court quality memos on every conceivable issue a general crimes assistant might face. Suppression and sentencing guidelines, every question of evidence that might possibly arise. The constant line of assistant United States attorneys at her door was a testament to both the quality of Sheryl's advice and her work product, but also her always generous, helpful attitude toward others. As she became more senior in the office, Sheryl's accomplishments continued to grow. She eventually became a member of the vaunted Securities and Commodities Task Force, where she successfully investigated and tried some of the unit's most complex cases. Two very brief stories from Sheryl's tenure as a prosecutor may help capture her a bit. The first shows her incredible commitment to the task at hand. In one trial during her summation, a hand constructed exhibit board, Sheryl was showing the jury lost one of its nails. And unfortunately, mid-summation, Sheryl stepped on the nail. It pierced her shoe and punctured her foot. I thought I was not in the office that day, by the way. It pierced her shoe and punctured her foot without skipping a beat. Literally, Sheryl finished her summation with no one realizing what had happened. Fast forward, the defendant was convicted, and then and only then did Sheryl make her way to a doctor who removed the nail and put her on a full dose of heavy duty antibiotics. That's dedication. And I guess I can't resist saying it gives a whole new meaning to nailing a defendant. I was actually dared to say this, but okay. I did it. My second story shows a couple things about Sheryl, her moral compass and how much people trust her. As many of you know, the life of a prosecutor is filled with cooperators who carry their own criminal baggage but are often essential to successfully prosecuting serious crimes. A critical but delicate task that every good prosecutor has to master is gaining the trust of cooperators while at the same time skeptically regarding and testing literally everything they say for its truthfulness and reliability. Part of that process is thoroughly debriefing the cooperator for anything that the cooperator may have done wrong in order to disclose that information to the defense. Sheryl was superb in all aspects of this difficult responsibility. Her cooperators trusted her and told her everything. In one fraud case, Sheryl had two cooperators. As it happened, a husband and wife team. Both went to jail after cooperating in Sheryl's case, as did the defendant who was convicted after trial. The husband was later needed in another trial and had to meet with Sheryl in the U.S. Attorney's Office as he was being prepared for his upcoming testimony. After about six months in prison, this cooperator warmly greeted Sheryl and said how much he loved him. He said he was reading, losing weight. She's turning red up here. He said he was reading, losing weight and had met the love of his life who turned out to be a prison guard. You cannot make this kind of thing up. Without batting an eye, Sheryl told the man how happy she was for him and then convinced him to tell his wife about this new relationship and proceeded to bring about the disclosure of the affair in the upcoming trial, as is required by the law, resulting in lots of problems for the trial. Moral of the story, Judge Krauss always, always does the right thing. When Sheryl left the U.S. Attorney's Office and entered private practice, her successes and strong character continued. She was a, she has indeed brought incredible skill, integrity and professionalism to everything she has ever done and she always will. That is the person and the talent that she is. Her eyes burn equally bright in the pursuit of a defendant victimizing elderly victims in a phony telemarketing scheme as they do when she is defending her clients against what she sees as government overreach or fighting hard to ensure that children with disabilities have a quality education. You know, that high road that I always urge my assistants, myself, and now my colleagues at the SEC to take is always a place that you will find Judge Krauss. That high-mindedness together with her extraordinary dedication is, for me, Judge Sheryl Krauss. I know that her husband and children are very proud of her, so am I, and so are so many others. Thank you, Brad, and thank El and Johnny as well when they come back, but for letting your wife and mother continue her public service as a judge on this court where she will do us all very, very proud. Congratulations. Applause Thank you, Commissioner White. Andrew LaVander is the chair of Deckard LLP, and when I first read this, I always knew it as Deckard, Price, and Rhodes, so I had to Google to make sure I can sort of make that Google to make sure that I had the name correct, and I do. He has twice received the prestigious Chambers USA Award for Excellence in White Collar Crime and Government Investigations. He repeatedly appears on the list of the best lawyers in America as well as numerous other publications, recognizing him as among the best defense lawyers in the United States and transnationally. He formerly served as an Assistant Solicitor General and as an Assistant U.S. Attorney for the Southern District of New York. Mr. LaVander. Applause Thank you. May it please the court. Mr. Justice Kennedy, Chief Judge McKee, judges of the Third Circuit, senators, and other honored guests and friends. It is a special honor and enormous pleasure to be here today. This is a great day for Cheryl. This is a great day for Cheryl's family, for her husband Brad, for Johnny and Al, her mother and father, her brother Aaron, and her sister Beth, and numerous aunts and uncles, one of whom is 103 and here today, nieces and nephews. This is a great day for her friends and former colleagues in college, law school, the United States Attorney's Office, and private practice, where I have had the great fortune of being Cheryl's partner and decker for the last eight years. And it is really a great day for this court, since Cheryl's intelligence, diligence, and collegiality will only enhance the great reputation of the Third Circuit and the luminaries who have preceded her. Now, when Cheryl called me and asked me to speak today, I was both thrilled and concerned. I will get to the thrill in a moment, but first let me articulate the two concerns I had. First, I was born and raised in New York, went to Columbia Law School, clerked in the Second Circuit, and had lived and practiced in New York for 30 years. Nonetheless, I was optimistic that this court and crowd would not hold my parochial background against me, especially since I had the good fortune of marrying a woman from Philadelphia. Second, I knew from prior experience that my role is to laud the new judge while making light of her human frailties. So I canvassed dozens of friends and former colleagues looking for funny comments about Cheryl. And as an officer of the court, I confess, I am utterly fit. First, I went to her friends in the U.S. Attorney's Office. The only thing they could tell me I already knew. Cheryl is a bit obsessive. Like the time she prosecuted a drug dealer named Wiz. Now Cheryl had done a textbook investigation, hundreds of hours of wiretaps and videotaped drug deals, informants and undercover bribes, and numerous cooperating witnesses. As a result of this overwhelming evidence, 14 of the 15 defendants pleaded guilty. Wiz decided, however, to plead not guilty in a bench trial before a very smart, very experienced, very law and order type judge. All of Cheryl's overwhelming evidence went imperfectly. It was clear what the judge thought. But leaving nothing to chance, Cheryl gave an impeccable two-hour summation. No detail left unspoken. The defense lawyer attempted to rise to the occasion,  or her eloquence, or the skeptical comments of the judge. Much to Cheryl's consternation, however, her fellow prosecutor rose to his feet and said, Your Honor, unless you have any questions, the government waives this rebuttal summation. To which the judge responded, bless your heart, the judge's defendant is convicted on all counts. And there the matter would have rested, except the defense counsel had the temerity to demand findings of fact and conclusions of law. Annoyed, the judge asked the prosecutors to provide her with an appropriate summary as quickly as possible. In response, Cheryl stayed up most of the night and delivered to chambers the next day 50 pages of findings of fact and conclusions of law, which the judge promptly adopted as her own. So I labored on to find funny things to say about Cheryl, other than she's an obsessive perfectionist. I called a bunch of her partners at Deckard. Nothing funny to report. Then I called the practice group director in Philadelphia and asked her to go around to the associates who work with Cheryl and collect funny anecdotes and funny observations about Cheryl from the associates. I mean, associates always have funny things to say about their partners, right? And here was an opportunity to roast an ex-partner. Now the email I'm about to read is what I actually got back. This is a good trial where you bring the evidence to court. Here it is. Andy, the following are comments and thoughts I collected from those associates who work with Judge Krause. Very deliberate, thinks before she speaks and writes. She's a nice, thoughtful, standout person. Genuinely cares about her clients and the way litigation might impact their lives. Supportive of associate development. Has an absolutely brilliant legal mind and great analytical ability. It's all true. Tireless. Very client focused. Has an incredible work ethic. Intimidatingly brilliant in an inspiring manner. As good of a mentor as she is a lawyer. Strong sense of civil and social responsibility. Committed to justice. Fair. Diligent and thorough. Very good teacher. At that point, I gave up on fun. Now of course, the thrill I mentioned earlier was the excitement to talk about Cheryl, a wonderful lawyer and a wonderful human being. But right after Cheryl asked me to speak here today, she, a sitting federal judge, admonished me not to praise Cheryl, but to talk about the loftier topic of public service. So I asked the court to duly note that much like Mark Anthony and Julius Caesar, I've come here not to praise Cheryl, but rather to bear witness to the importance of public service as exemplified by her remarkable career. She was, of course, a spectacular student at the University of Pennsylvania and Stanford Law School. Following law school, Cheryl clerked for Judge Kaczynski and afterwards Justice Kennedy, whose presence here today says all you need to know about Cheryl's work as a law clerk. Cheryl next returned to Stanford to teach for a year. She then changed coasts to serve the public as an assistant United States attorney in the United States Attorney's Office for the Southern District of New York. And among the talents and egos that abound there, Cheryl was exceptional without a trace of arrogance or self-righteousness. Notably, she excelled not only because of her ample skills, but because she was fair and understood that justice is more than winning cases. Of course, she won more than her fair share of difficult, complex fraud and public corruption cases, as the presence and comments of her boss, Mary Jo White, and the presence of many other fellow prosecutors here today confirms. And while a prosecutor by day, Cheryl taught at Columbia Law School at night. In 2003, Cheryl went into private practice. But she continued to carry that profound sense of justice and responsibility of providing public service. Whether she was representing a paying client's defendant under investigation, or championing the needs of a pro bono client, Cheryl fought for justice and demanded that the system, be it prosecutors or government or anyone else, be fair, turn square corners, and do the right thing. In her 12 years in private practice, Cheryl somehow found the time to represent dozens of pro bono clients in case after case, as well as to lecture at Penn Law School and numerous bar associations, and to publish more than a dozen articles, including one caption, quote, partnering with law students to serve the community. At Deckert, we have a long and deep tradition of pro bono. But Cheryl set a standard for us all. She not only talked the talk, she walked the walk. One of her most notable pro bono crimes was in PV versus School District of Philadelphia, a class action for families with autistic children. Cheryl led a team of eight Deckert lawyers. After three years of litigation and rulings by Judge Davis that such families have important rights regarding the education of their autistic children, Cheryl and her team convinced the Philadelphia school system to honor those rights. Thus, today's formal proceeding is a fitting culmination for an exceptional lawyer and an extraordinary human being. She's a fantastic wife, mother, and friend, a quintessential good person. Throughout her career, she has made those around her better lawyers and better people. And she has always served the public. Indeed, in Cheryl's case, public service is a family affair, as her husband Brad's extraordinary and courageous service to the country attests. Hence, I end where I began. This is a great day, not only for those of us here today, but for those who could not get here and send their love and affection to Cheryl. In fact, in my view, it is a great day for America. Despite the partisan strife that has too often beset our country of late, today we formally invest a person proposed by both a Democratic and a Republican Senator and approved by unanimous Judiciary Committee vote and a unanimous Senate. The ABA also unanimously voted for Cheryl. The Senate and the ABA got it right. Cheryl used her enormous intellectual capacity, her work ethic, innate sense of fairness to be a great judge. Whether you were a Republican or a Democrat, male or female, rich or poor, white or a person of color, we will all be proud of having a person as fair-minded, smart, careful, thoughtful, and collegial as Cheryl sitting in this splendid court and serving the public. Your Honors, thank you for letting me speak about public service. Thank you very much. If I could just change the topic a little bit, I want to say a few words about Cheryl. I did not know Cheryl before her nomination to this court, and as I look back, I'm amazed that our paths have not crossed until then. Before she went to Deckard, she was a partner at the Philadelphia firm of Hangley Aronchak. Bill Hangley is not only a friend, but a neighbor who lives across the street from me, and I met Mark Aronchak even before I moved to Philadelphia, and our professional careers have overlapped ever since then. In fact, he was on the committee at my firm who interviewed me when I was applying out of law school. So I remain perplexed at how somehow our paths never managed to cross in Philadelphia all those years before Cheryl's nomination, but I'm delighted that they did finally cross. In the short time that I've known Cheryl and the short time she's been a member of this court, we've become good friends, and I'm delighted to say that she is now a judicial colleague. I don't want to share with all of you that the confirmation process being what it is sometimes, I was holding my breath as she went through each phase of the process. Now, as Senator Toomey mentioned, the process does not always move at spending a breakneck speed. I relied upon that history center, and I placed a wager. Early on, I bet Cheryl that she would not get out of the Senate Judiciary Committee unanimously, that she would have at least one senator opposing her confirmation. Again, I was relying to my detriment upon the history that we're all so familiar with. Well, I ended up having to buy her lunch because I lost that bet. Not knowing when to let wellness alone, I doubled down on the bet, and I bet her that there was no way she would be unanimously confirmed on the floor of the Senate. Now, please understand this had nothing to do with Cheryl because I fully appreciate how superbly qualified she is. I've come to know and respect her intellect and her experience. That was evident to me in our very, very first meeting. However, I know that things can get, as we say sometimes, a bit funky during the confirmation process, and I was actually relying upon that funkiness rather than the stunning breakneck speed that you've heard about, and I was determined to redeem my powers of pronostication. So I bet her, Cheryl, there's no way you're getting out of the United States Senate floor vote unanimously. Well, once again, I was wrong, and I'm delighted that I was wrong. Her ability to win unanimous confirmation in this day and in this climate is a true testament to her, as well as to her reputation for fairness and integrity. It is also a testament to the exemplary spirit of bipartisanship that I mentioned earlier, and the cooperation of Senators Kennedy, Senator Casey, I'm sorry, and Senator Toomey, and the seriousness with which they connect to people's business. In the very short time that Cheryl has been a member of this court, she has already made several contributions to the work of the court. She has not hesitated to comment on circulating chats and to share her thoughts and concerns with her colleagues. Many times, I'm sad to say, she didn't agree with my view of the case. I was surprised to see that. I might add, she's not the only one on the court who disagrees with my view of the case. Her thoughts and her comments have always been well-reasoned, carefully researched, well-received, and appreciated. I look forward to many years of having Cheryl as a judicial colleague and as a friend. Cheryl, welcome to the court and to your new judicial family. We welcome that you will be joining us, and I know that you will enjoy this job and think it is wonderful, as each of us do. It has also been an absolute honor for me to call on Kathy Romer, who will lead the Presidential Commission. Kathy was White House Counsel from 2011 until March of this year. She is now the Global Co-Chair of Latham & Watkins White Collar Defense and Investigations Practice and is as important and awe-inspiring, actually, as that resume and those achievements are. We hold her in particular esteem because she is also a former member, she is a former law clerk for a judge of the Third Circuit. I'm particularly happy that Kathy has agreed to return today to lead the Judicial Counsel's Commission because over the past year or so, I've had the wonderful fortune of getting to know Kathy and she's a very special person whom I've become to appreciate. I'm honored to be able to call upon her today as a friend whose friendship I cherish. Kathy, welcome back. May it please the Court, Justice Kennedy, Chief Judge McKee, distinguished members of the Third Circuit, family and friends, Judge Krauss, Senator Casey, Senator Toomey, it is an enormous privilege to be able to present on behalf of President Obama your commission today. And before I do that, I just want to say, again, talking about the process, which I know most of you who live outside of Washington often think is dysfunctional. I can't imagine why you would think that, but it sometimes can be. But working with Senators Casey and Senator Toomey on Judge Krauss' nomination and confirmation was really a privilege and they were wonderful, and I want to thank you both for the great way that you approached the appointment. So thank you very much. With that, to all who shall see these presents greeting, know ye that reposing special trust and confidence in the wisdom, uprightness, and learning of Cheryl Ann Krauss, I have nominated and, by and with the advice and consent of the Senate, do appoint her United States Circuit Judge for the Third Circuit and do authorize and empower her to execute and fulfill the duties of that office according to the Constitution and laws of the said United States and to have and to hold the said office with all of the powers, privileges, and emoluments to the same of right appertaining unto her the said Cheryl Ann Krauss during her good behavior. In testimony whereof, I have caused these letters to be made patent and the seal of the Department of Justice to be hereunto affixed, done at the City of Washington this ninth day of July in the year of our Lord, 2014, and at the independence of the United States of America, the 239th. Signed by the President, Barack Obama, and the Attorney General, Eric Holder, Jr. Congratulations. Applause Thank you, Kathy. Welcome again. And now the moment that has brought us all here today, the administration of the Oath of Judicial Office. I would like to ask Colonel Bradford Everman, Operations Group Commander of the 177th Fighter Wing of the New Jersey Air National Guard, according to Cheryl, someone who is known as her better half. That is according to Cheryl, not according to me. Please step forward and attend the oath. As Colonel Everman is preparing to assist our last Judge Krauss' parents, Drs. Robert and Marilyn Krauss, to come forward to assist Judge Krauss in her sentence in the world. And I will ask Justice Kennedy to proceed to administer the oath and thank him again for honoring us today with his presence. Judge Krauss, are you prepared to take the oath of office? Please repeat after me. I, Cheryl Anne Krauss, do solemnly swear that I will support and defend the Constitution of the United States against all enemies, foreign and domestic, that I will bear true faith and allegiance to the same, that I take this obligation freely without any mental reservation or purpose of evasion, and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God. Congratulations. May it please the Court. Honored guests and fellow citizens, with your permission, I would like to express a simple wish. Just as all of our children, Cheryl, Aaron, and Elizabeth Krauss, have brought innumerable blessings and honor to our family, so may the work of our daughter, Cheryl Anne Krauss, on behalf of justice, the Constitution, and the people, bring honor and blessings to this Court and to our magnificent and beloved nation. Thank you. Cheryl would like to come up and say a few words about public service. Thank you very much. Thank you.  I do want to mention before Judge Krauss gives his remarks that I just reminded Judge Fischer is participating via audio. So Mike, can you hear okay? I can hear everything. It's been a great ceremony. Great. Well, welcome very much. Welcome. Thank you very much. Cheryl mentioned to me in a note that if she gets cheerful, I'm supposed to start reading it, but I would suggest to Cheryl that if she gets cheerful, John Robert will take over. Justice, Chief Judge McKee, Senators, Mary Jo, my colleagues of the Third Circuit, Judge Kavanaugh, and Chief Judge Tucker and District Judges in attendance, your friends and beloved family, I'm so thankful and honored that you're here today to share this commemoration for all the love and support in this room and in that overflow room from the folks who have made this day possible. For the participation and extremely gracious words of today's speakers and for this extraordinary opportunity to serve this court in the country I love, I'm overwhelmed with gratitude for this joyous occasion and most of all for the opportunity to share it with you, my family and friends who made this day possible. Many in addition to our speakers have traveled far to join in today's festivities, Assistant Attorney General Leslie Caldwell, U.S. Attorney Paul Fishman, Judge Weingarten, my dear friend Mary Mulligan and the SCNY family, a warm welcome to General and Mrs. Bolton, Colonel Dodonna and my friends at the 177th Fighter Wing of the New Jersey Air National Guard and those traveling in from New York, D.C., Boston, Missouri, California, and yes, even Bermuda. Special thanks for making this trip. And to my cohorts from Deckard and the Philadelphia legal community, Deputy Mayor Rich Nagren, Mayor and Mrs. Casco, Shane Kramer, Principal Bissinger, our Haddonfield friends, Dave Iminger and the U.S. Attorney's Office, Lee Skipper and the Defenders, folks from the SEC, the Board of Ethics, Committee of 70, Penn Law, too many to keep naming, especially since I have been committed not to suggesting two hours of any information here. I'm so grateful to see you all here. I extend my heartfelt thanks to President Obama for the privilege of joining this venerable and collegial court, to Senators Casey and Toomey for their constant support and generous comments before the Judiciary Committee and on the floor, to Kathy Rumler and the top-notch lawyers in the White House Counsel's Office and Department of Justice for their support through the nomination and confirmation, and to my co-clerks from the Supreme Court, Susan Davies and Dan Maron, for their important input in the process. And special thanks to our Circuit Executive, Mark O'Brien, Gail Comas, Greg Kane, U.S. Marshals, and the spectacular court personnel who pulled everything together for today, as well as my law clerks and assistants, whose support has been invaluable. When I received a call from Kathy Rumler a little over a year ago in which she asked if I'd be interested in a vacancy on the Third Circuit, it took my breath away. I had thought since even before law school that being a federal judge was the best job I could possibly imagine, a way to be part of the Constitution and to honor its precepts at the same time, to serve this great country, to combine the academic discourse that I enjoy with the practical application that I crave, to contribute meaningfully to the evolution of the law in our society, and to have the independence and the resources, including colleagues and law clerks far smarter than me, to fully engage the issues and get it right under the Constitution and the law. But with the needs of my young family, I had decided not to apply for judicial vacancies and to channel my love of the law into a fulfilling private practice at Deckard, and my commitment to public service into significant pro bono projects. Kathy's question, therefore, came out of left field for me, and I'll confess now, my initial thought, wisely unspoken at the time, was, I can't, this would be too disruptive for my family. But it was also my dream, and when I spoke with my amazing husband, Brad, as soon as I could reach him, there was not, on his part, a moment's hesitation in his enthusiasm and encouragement. He was undaunted by the prospect of two public servants in the family, and so the shock was replaced by exhilaration and immense gratitude as this dream has come true. I still pinch myself that it's real, but today has gone a long way to drive that home. It's particularly meaningful to me to have Justice Kennedy, Mary Jo, Andy, and Chief Judge McKee speak today, because I've learned so much working with each of them, some by their teaching, and some by their example as public servants, community leaders, lawyers, and judges. And as I've entered this particular decade in life, which is young to some, but truly ancient to my kids, nieces, and nephews, I find I've reached a point where I see things more and more as part of a continuum, an imparting of values, knowledge, and tradition from generation to generation. Right on cue! Yeah. Good. Yeah. Good. Daddy, would you like to come in here and meet me? Come on up, come on up. You want to come up, sweetie pie? Come on. I just ironically told Cheryl in an email, it was late last night, but a little over 20 years ago to this day when I was sworn in, the Chief Judge was then Judge Bill Stolzman, my dear friend. At the time, my kids were about six and two, and she invited my daughters up to sit on my lap. It was incredibly touching, that picture I still have at home on my living room shelf. And it was the thing that stands out most was her doing that, being able to share with my kids and her thoughtfulness in doing that. So I get a chance to pay it forward to her today. Thank you. Well, ironically, and that was exactly what I was going to say next, to pay it forward. And as I thought about this day and what it really means, that's what I think it comes down to, a tribute to those who have safeguarded our Constitution and made possible the boundless opportunities that we in America enjoy today. And my solemn commitment to you today and every day that I serve this court to safeguard that legacy for future generations. There are many individuals and families old and new in attendance today to whom I want to pay that tribute. First, the two giants of our court who are no longer with us. About a week ago, we said a final farewell at Arlington National Cemetery to Judge Joseph Weiss, who many of my colleagues knew well. I did not have a chance to meet him, but would like today to remember him for his contributions to the court and his service to the country. And I will have the distinct honor in the years ahead of working out of the chambers that was Chief Judge Eddie Becker. He was and is revered on this court and in the legal community. And Flora, Susan, and Chip, I promise you, his legacy will be an inspiration to me each day. I joined this court at a time of many transitions. I had the privilege of attending Judge Aldisarth's last oral argument and of a phone call with him a few weeks ago on the day he closed his chambers, in which the oldest judge of his court relayed to the youngest his deep appreciation of his colleagues and many fond memories. Thank you, Ruchi, for 46 remarkable years in the service of fairness and justice. And there's another passing of the torch that I'd like to celebrate today. A couple of weeks ago, Judge Slobiter hosted a lunch with several of the women judges of the Third Circuit, and interspersed with many hearty laughs, their stories drove home what enormous strides these women have made for all of us through their strength of character and their dedication to the law, to their families, and to women in the profession. These were familiar stories in a sense. My mother was one of the first women at Penn Medicine and bravely navigated uncharted territory in practicing medicine and raising three, shall we say, very active kids. You did good, Mom. As Judge Berry put it, they knew they were carrying the next generation on their shoulders, and so they kept going, often against the odds. Kudos to you, Mom, Judge Slobiter, Judge Roth, Judge Berry, and Judge Rendell, for all you've made possible.  Thank you. Why? Why? It's a particular honor for me to assume your active seat, Judge Slobiter, the first woman and the only female judge on the Third Circuit so far, and one of the very first women in the federal judiciary. I confess, you may not remember, but I was as terrified as I was awed to argue before you in the past. It's especially gratifying to me now to follow in your footsteps and to have you, Chief Judge McKee, and my New Court family, all of whom have been so warm and welcoming as colleagues, and I can already tell dear friends in the years ahead. Justice Kennedy, thank you and Mary so much for coming today and for the honor of administering the oath. It's no surprise to those of us who had the privilege of working closely with you on how many of your former clerks are now on the bench spearheading academic research, serving at the highest levels of government, and leading the legal profession. You have inspired us with your conscientious and thorough analysis of issues, your deep knowledge of history, and your respect for the Constitution and the rule of law. But your influence on future generations is not limited to your jurisprudence. As I know, my co-clerks agreed. You showed us how to be not just a great judge, but a really great boss, supportive, respectful, gracious, and generous. The holidays that we spend at your home with you, Mary, and your children are among our most cherished memories from our year at Crooking for You. Mary Jo, when I have had occasions to speak with younger lawyers over the years about professional paths, I always point to yours as a model to include both public service and legal practice at the highest caliber. As U.S. Attorney for the Southern District of New York, you epitomize for me and many here today the noblest traditions of the Justice Department and the Sovereign District, engendering fierce loyalty, respect, admiration, and for many on the other side of that V, a healthy dose of fear without ever swerving from the mission to do justice. With the enormous responsibilities and hundreds of people you dealt with each day, still your door was always open, you had our backs, and as many Southern District alums here today can attest, you somehow always made the time to come and watch us and smile. You also raised us with a deep-rooted sense of tradition and responsibility for the future of the office. I will never forget your address to us a few days after 9-11 about patriotism, work ethic, and dedication to excellence that gave true meaning to good at government work. I'm blessed to have you as a role model and to have the family of our colleagues, my lifetime friends, and Andy, my friend, teacher, and mentor. You're not just a spectacular lawyer, you're a menge, and Deckard is so fortunate to have you and Dan O'Donnell at the helm. Your commitment to pro bono projects, your own contributions to the legal community, and the priority you've made of supporting young associates reflects the very best of legal practice. You've taught many young lawyers by example how one can marry unparalleled excellence in the practice of law with personal responsibility to the legal community and the next generation of lawyers. I've learned so much from you and my partners and associates at Deckard. Thank you. And to my extraordinary husband, Brad, and our military family in attendance today, we are forever in your debt for your unflinching devotion to this country and sacrifices you make and are prepared to make to protect and defend America for future generations. As Brad and I often use, although we in the legal system and you in the defense department come at it from very different directions, and the analytical rigor of a great oral argument is a far cry from the stress of pouring cheese in active combat, our ultimate mission is the same. We're bound up in a deep respect for our constitutional democracy and commitment to supporting freedom and preserving civil liberties. I'm so proud of you, Brad, and so blessed to have you as a partner in life. Thank you to the 177th and the New Jersey Air National Guard for all you do to keep the torch aflame, for all the friendship and support you've given to me, Brad, and our family over the years, and for sharing this day. And to my mom, dad, Erin, Beth, our enormous, quirky, and wonderful family, you get full credit for bringing us to this moment. Mom, thank you for being a pioneer and bottomless well of love and support. Dad, you were a pillar of strength and integrity, your constant encouragement and unfailing moral compass geared all of the children to fulfilling and productive work and happy family lives. And the two of you, through your commitment to repairing the world, your total devotion to each other and family, and your painstaking care of your patients, gave us a solid foundation in family and community, instilling in your kids a love of learning and a commitment to public service. I'm very sorry that my grandmother, Estelle, is no longer with us to share in this day. She died a couple of years ago, just short of 100, but I know that she's here in spirit, and the values that she passed down and that Brad and I are imparting to our own children, Johnny, and, of course, Estelle, are alive and well. These amazing children and their cousins will pay it forward, too. Johnny, you made that clear today with your brave and beautiful pledge of allegiance, and I'm so proud of you. And Estelle will be turning two in a couple of months, so we're expecting great things. I couldn't talk about the passing on of this tradition without mentioning another family member who you've heard about briefly, my great uncle, Ted Krause. Uncle Ted, can you stand up? Uncle Ted is 103 and still going strong and not missing a family event. My colleagues will be interested to know that he just retired last month after 67 years with this company. This is my gene pool, my friends. So we may be working together for a good long time. Now I want to invite you all to celebrate with us in the perfect venue for this occasion, the National Constitution Center across the street. Let me just extend to Chief Judge McKee and to each and every member of this court a hearty thanks for welcoming me with open arms, sound advice, and good humor. Whether or not we're in agreement, I will always value your ideas and suggestions, and I promise to work with you each day to serve justice, improve our courts and community, and preserve and protect the legacy of the Mighty Third. Thank you all. Thank you. I may invoke his word one more time. Amy Becker, Amy had a phrase which is legendary within our court. That is, you've done good. Amy always said it was the highest accolade that someone from Philadelphia can pay anyone. And today, Cheryl, you've done good. We will be in adjournment. I want to again thank Senators Casey and Toomey and Justice Kennedy, all three of you who really honor us with your presence today, and we wish you safe journeys as you leave today. Cheryl has invited all of you to a reception immediately following this at the National Constitution Center at Independence Mall, kitty corner across the street at 525 Hart Street, and we look forward to seeing you there.